■ The People of the State of New York, Respondent, v Darlene Weber, Appellant. [827 NYS2d 908]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered July 29, 2004. The judgment convicted defendant, upon her plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.